```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL VASQUEZ MARTINEZ,
*individually and on behalf
of all others similarly situated,*

                   *Plaintiff,*

v.

JMD PRECISION TECH LLC and
JESUS MANUEL DONES, *as an
individual,*

                  *Defendants.*

**AMENDED
ORDER GRANTING LEAVE TO
WITHDRAW AS
COUNSEL FOR DFENDANTS**

7:22-cv-09860-NSR

**THIS MATTER** having been opened to the Court by Michael K. Chong, Esq. and Michael K. Chong, LLC, attorney for defendants JMD PRECISION TECH LLC and JESUS MANUEL DONES (hereinafter collectively referred to as "Defendants") on a Notice of Motion for Leave to Withdraw as Counsel for the Defendants; and Defendants having received notice of the Notice of Motion for Leave to Withdraw as Counsel; and the Court having considered the pleadings filed in support of the relief requested, and the pleadings, if any, filed in opposition to the relief requested; and for good cause shown;

**It is hereby ORDERED**:

1. The Motion for Leave to Withdraw as Counsel for Defendants is granted, and Michael K. Chong, Esq. and Michael K. Chong, LLC are relieved as counsel for Defendants;

2. Outgoing counsel shall immediately serve a true copy of this Order on Defendants;

3. Defendants shall retain new counsel who shall file a Notice of Appearance within 30 days of the date of this Order.

Dated: 1/31/2023
White Plains, NY

SO ORDERED: _____

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE