UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MANUEL VASQUEZ MARTINEZ, individually and on behalf of all others similarly situated,

                              Plaintiff,

     -against-

JMD PRECISION TECH LLC and JESUS MANUEL DONES, as an individual,

                              Defendants.
-----------------------------------------------------------------------X

Civil Docket No.:
22-cv-09860-NSR

**PROPOSED DEFAULT JUDGMENT ORDER**

This action was commenced by filing of a Summons and Complaint on November 18th, 2022. A copy of the Summons and Complaint was served by personal delivery on Defendants as follows:

1. On November 28, 2022, Corporate Defendant JMD PRECISION TECH LLC was duly served with process via Corporate Filings of New York as registered agent. (*See* Proof of Service attached hereto as **Exhibit E**)

2. On November 30, 2022, Corporate Defendant JMD PRECISION TECH LLC was also duly served with process by personally serving Amy Vitolo, office manager, authorized to accept service at 225 Route 82, Suite#5, Fishkill, NY 12524. (*See* Proof of Service attached hereto as **Exhibit B**)

3. On December 6, 2022, Corporate Defendant JMD PRECISION TECH LLC was further served with process via the Office of the Secretary of State, pursuant to N.Y. Business Corporation Law § 306. (*See* Proof of Service attached hereto as **Exhibit D**).

4. Defendant JMD PRECISION TECH LLC was required to interpose an answer due by December 21, 2022 and December 27, 2022, which it failed to do.

5. On November 30, 2022, a copy of the Summons and Complaint was served on individual Defendant JESUS MANUEL DONES, by personally serving Amy Vitolo, co-worker, a person of suitable age and discretion at 225 Route 82, Suite#5, Fishkill, NY 12524. (*See* Proof of Service attached hereto as **Exhibit C**).

6. Defendant JESUS MANUEL DONES failed to develop any information that he was in the military upon service of process on each of the above-referenced dates of service. Upon information and belief, Defendant JESUS MANUEL DONES is not in the military nor dependent upon anyone in the military.

7. Upon information and belief, Defendant JESUS MANUEL DONES is not an infant nor incompetent. Defendant JESUS MANUEL DONES is an adult and is the owner of the Defendant corporate entity sued within.

8. Defendant JESUS MANUEL DONES was required to interpose an answer due by December 21, 2022. Defendant JESUS MANUEL DONES has failed to interpose an answer.

9. Defendant JESUS MANUEL DONES has failed to retain or be represented by counsel, nor has Defendant JESUS MANUEL DONES formally appeared in this matter.

10. On August 3, 2023, counsel for Plaintiff MANUEL VASQUEZ MARTINEZ filed Request for Certificates of Default and such Default was noted by the clerk of the Court on August 3, 2023, as against Defendants JMD PRECISION TECH LLC and JESUS MANUEL DONES, as an individual, for their failure to appear or defend in this Action. *See*, **Exhibit F**, the Certificate of Default entered against Jesus Manuel Dones, as an individual; and **Exhibit G**, the Certificate of Default entered against corporate Defendant JMD Precision Tech LLC.

11. On August 3, 2023, Plaintiff served Defendants with true and correct copies of the Certificates of Default entered against Defendants, via certified United States First-Class Mailing, with proof of service and tracking annexed thereto. See **Exhibit H.**

12. Notwithstanding the foregoing, as of the date of this filing, at no point hereto have any of the Defendants responded to the complaint herein, moved, retained counsel on this matter, or otherwise appeared on this matter.

13. It is respectfully submitted that the Defendants have been properly served, are aware of Plaintiff's Complaint, and of pendency of this matter against them, and have failed or refused to appear or otherwise defend in this matter.

14. Defendant JESUS MANUEL DONES has been properly served and is aware of the Complaint against him and has failed to provide a response.

15. Defendant JMD PRECISION TECH LLC has been properly served and is aware of the Complaint against it and has failed to provide a response.

16. The Defendants herein have been properly served, are aware of Plaintiff's Complaint and of pendency of this matter against them, and have failed or refused to appear or otherwise defend in this matter.

17. As of the date of this filing, Defendants have demonstrated no intention to appear.

18. Accordingly, it is hereby:

**ORDERED, ADJUDGED AND DECREED**: That Plaintiff MANUEL VASQUEZ MARTINEZ, has a judgment against Defendants JMD PRECISION TECH LLC and JESUS MANUEL DONES, as an individual, jointly and severally, in the liquidated amount of **$35,071.43** plus attorney's fees and statutory post-judgment interest accruing pursuant to 28 U.S.C. § 1961, from the date of entry of judgment, until judgment is paid in full

Dated: White Plains, New York
_____, 2023

_____
United States District Judge

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL VASQUEZ MARTINEZ, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

JMD PRECISION TECH LLC and JESUS MANUEL DONES, as an individual,

                Defendants,

## **PROPOSED DEFAULT JUDGMENT ORDER**

        HELEN F. DALTON & ASSOCIATES, P.C.
         Attorneys for Plaintiff
         80-02 Kew Gardens Road
         Suite 601
         Kew Gardens, New York 11415
         Phone (718) 263-9591
         Fax (718) 263-9598

TO:

**JMD PRECISION TECH LLC**
225 Route 82, Suite#5, Fishkill, NY 12524

**JESUS MANUEL DONES**
225 Route 82, Suite#5, Fishkill, NY 12524

132 Ridgemont Dr. Hopewell Junction, NY 12533